IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00552–EWN–CBS

ROBERT ROACH,

    Plaintiff,

v.

GEICO CASUALTY COMPANY,

    Defendant.

---

**ORDER**

---

This matter is before the court on Plaintiff's motion to remand (#5). The court, persuaded by the reasoning in *Larry Briggs v. GEICO General Insurance Company*, Civ. Case No. 06-cv-00550-REB-MEH (D. Colo. July 10, 2006), hereby

ORDERS that the motion to remand be GRANTED and that the case be remanded to the Boulder County, Colorado, District Court.

Dated this 31st day of July, 2006.

                                    BY THE COURT:

                                    s/ Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    United States District Judge