FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 6 2006

GREGORY C. LANGHAM
CLERK

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

GEICO CASUALTY COMPANY,

Defendant-Petitioner,

v.

ROBERT ROACH,

Plaintiff-Respondent.

No. 06-510
Dist. Ct. No. 06-CV-552-EWN/CBS

ORDER

Filed September 5, 2006

Before **HENRY, BRISCOE** and **McCONNELL**, Circuit Judges.

This matter is before the court on a petition for permission to appeal filed on behalf of GEICO Casualty Company. We also have a response from Mr. Robert Roach, and a request for leave to file a reply in support. Upon careful consideration of the pleadings and applicable law, we grant the request for leave to file a reply. We deny the petition for permission to appeal. *See* 28 U.S.C. § 1453(c).

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of Court

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Elisabeth A. Shumaker
Clerk of Court

(303)844-3157

Douglas E. Cressler
Chief Deputy Clerk

September 5, 2006

NOTIFICATION OF MAILING

Re:     06-510, Geico Casualty Co v. Roach
        Dist/Ag docket:  06-cv-00552-EWN-CBS

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:

Mr. Robert F. Hill
Ms. Avi Sue Rocklin
Hill & Robbins
1441 18th Street
Suite 100
Denver, CO 80202

Mr. Thomas Dalton McFarland
Mr. Zachary Christian McFarland
Mr. Matthew Gabriel McFarland
McFarland Law Offices
910 13th St., Suite 200
Golden, CO 80401

Mr. Michael B. Marion
Mr. Gregory K. Falls
Deisch, Marion & Klaus, PC
851 Clarkson Street
Denver, CO 80218

Ms. Meloney Cargil Perry
Mr. Brandon P. Long
Baker & McKenzie, LLP
2001 Ross Avenue
Suite 2300
Dallas, TX 75201

Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

_____
                DEPUTY CLERK